IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:06-HC-2222-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW RED STAR, | ) | |
| | ) | |
| Respondent. | ) | |

This case comes before the court on the motion (D.E. 42) by respondent to travel to Boston, Massachusetts for a meeting with his expert witness and counsel in the Federal Public Defender's Office to discuss this case and to prepare for the hearing under 18 U.S.C. § 4248. The government filed a response (D.E. 48) indicating that it takes no position on respondent's motion.

The court concludes that respondent has failed to adequately justify the need for and resulting expense of the proposed travel, especially in light of readily available, inexpensive communication technology (*e.g.*, Skype). Accordingly, respondent's motion is DENIED WITHOUT PREJUDICE to his filing a renewed motion no later than Friday, 10 December 2010, providing a more detailed explanation why the requested travel is necessary. If respondent seeks to be heard on any renewed motion, the motion shall so state. The hearing shall be held, without further notice, in conjunction with the status conference proceedings in other § 4248 cases already set for Wednesday, 15 December 2010, at 1:00 p.m. in the Fifth Floor Courtroom of the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

SO ORDERED, this 6th day of December 2010.

James E. Gates
United States Magistrate Judge

2

Case 5:06-hc-02222-BR   Document 50   Filed 12/06/10   Page 2 of 2