IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-HC-2222

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW RED STAR, | ) | |
|     Respondent. | ) | |

This matter is before the court on respondent's "renewed" motion to dismiss.[1] Having fully considered the motion, it is DENIED.

This 12 October 2011.

                                                                W. Earl Britt
                                                                Senior U.S. District Judge

---

[1] Although the instant motion is respondent's third motion to dismiss, respondent has not previously raised the basis that he now raises, that being, an alleged due process violation for the government's failure to bring a "final commitment" hearing within a reasonable time.